**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **CLARA RONDON** | : CIVIL ACTION |
| | : |
| v. | : |
| | : |
| **NEW YORK CITY TRANSIT AUTHORITY, METROPOLITAN TRANSPORTATION AUTHORITY, and NATIONAL RAILROAD PASSENGER CORPORATION d/b/a AMTRAK** | : No. |

**DISCLOSURE STATEMENT FORM**

Please check one box:

☒ The nongovernmental corporate party, **National Railroad Passenger Corporation**, in the above listed civil action does not have any parent corporation and publicly held corporation that owns 10% or more of its stock.

☐ The nongovernmental corporate party, **National Railroad Passenger Corporation** in the above listed civil action has the following parent corporation(s) and publicly held corporation(s) that owns 10% or more of its stock:

 February 11, 2025                                                                     */s/ Stephen S. Dougherty*
           Date                                                                                       Signature

Counsel for:   Defendant, National Railroad Passenger Corporation (Amtrak)

**Federal Rule of Civil Procedure 7.1 Disclosure Statement**

(a) WHO MUST FILE: NONGOVERNMENTAL CORPORATE PARTY. A non-governmental corporate party to an action or proceeding in a district court must file two copies of a statement that identifies any parent corporation and any publicly held corporation that owns 10% or more of its stock or states that there is no such corporation.

(b) TIME FOR FILING; SUPPLEMENTAL FILING. A party must:

(1) file the Rule 7.1(a) statement with its first appearance, pleading, petition, motion, response, or other request addressed to the court, and

(2) promptly file a supplemental statement upon any change in the information that the statement requires.