UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

CARLA RONDON,

                                        Plaintiff,

                    -v-

NATIONAL RAILROAD PASSENGER
CORPORATION, *d/b/a* AMTRAK, *et al.*,

                                        Defendants.

---

25 Civ. 1214

ORDER

PAUL A. ENGELMAYER, District Judge:

As ordered at today's conference, the Court hereby sets a three-week deadline for the parties to conduct jurisdictional discovery on the limited issue as to whether defendant National Railroad Passenger Corporation (d/b/a "Amtrak") is responsible for the area where the alleged incident took place and thus a proper defendant. All such discovery is to be completed by April 23, 2025. By tomorrow, April 3, 2025, plaintiff's counsel is to identify in writing, with specificity, the area in which plaintiff alleges the incident took place. On April 30, 2025, Amtrak is to set out its position as to jurisdiction in a letter-brief exceeding no more than five pages, attaching supporting affidavit(s) and exhibit(s). On May 7, 2025, the other parties may submit letter-briefs of the same form. If the parties are, after the close of jurisdictional discovery, in agreement as to whether Amtrak is a proper defendant and thus whether the Court has subject-matter jurisdiction over the case, the parties may, in lieu of Amtrak's letter-brief, submit a joint stipulation by April 30, 2025.

SO ORDERED.

_____
PAUL A. ENGELMAYER
United States District Judge

Dated: April 2, 2025
       New York, New York